## ARMOR *v.* LYON et al.

| 1 | 7 |
| 1 | 10 |
| 6 | 223 |

DECREE—*what is final.* An order overruling a demurrer to a bill in chancery is not a final decree in the cause.

APPEAL *will not lie from an interlocutory order.* An appeal cannot be prosecuted from an order overruling a demurrer to a bill in chancery.

### *Appeal from District Court, Gilpin County.*

APPELLANT demurred to the bill filed in the district court by appellees, and his demurrer was overruled. He then appealed to this court. Appellees now moved to dismiss the appeal, upon the ground that no final decree had been entered in the cause.

HARDING, C. J. This appeal must be dismissed, for the reason assigned.

*Dismissed.*